Trenna RASHID, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2011–3110.

United States Court of Appeals, Federal Circuit.

May 12, 2011.

Trenna Rashid, Birmingham, AL, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Candido B. MARASIGAN, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7053.

United States Court of Appeals, Federal Circuit.

May 13, 2011.

Candido B. Marasigan Bayombong, Nueva Vizcaya, PH, Claimant–Appellant.

K. Elizabeth Witwer, Department of Justice, Wshington, DC, for Respondent–Appellee.

### ORDER

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.